IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **Michael E. Weaver,** <br><br> Plaintiff, <br><br> vs. <br><br> **Madison City Board of Education,** a local education authority ; and **Dr. Dee Fowler,** in his official capacity as Superintendent of Education of Madison City Schools, <br><br> Defendants. | Civil Action No. <br> 5:11-cv-03558-TMP |

# Plaintiff's Opposition to "Motion to Dismiss or, in the Alternative, Motion for Judgment on the Pleadings Based on Lack of Subject Matter Jurisdiction" (Doc. 17)

# Exhibits E-I and 2-3

1