FILED

2015 Feb-03  AM 10:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A
## to Doc. 16-4 (Declaration of Michael Weaver)

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| WEAVER, MICHAEL EUGENE | ARMY/USAR/AV | ■■■■■■ 3884 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| LTC | O05 | 19600■■ | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| HUNTSVILLE, ALABAMA | 22668 RIVIERA DRIVE ATHENS ALABAMA 35613 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| USA DEP CORPUS CHRISTI X1 | REDSTONE ARSENAL, AL 35898-5193 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP  (IRR) 1 RESERVE WAY, ST LOUIS, MO 63132 | AMOUNT: $400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 15A D5 AVIATION, GENERAL - 26 YRS 11 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2005 | 09 | 06 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 05 | 25 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 06 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0013 | 04 | 05 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0012 | 01 | 20 |
| | f. FOREIGN SERVICE | 0001 | 04 | 09 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2001 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| SENIOR AVIATOR BADGE//DISTINGUISHED FLYING CROSS//BRONZE STAR MEDAL//AIR MEDAL//ARMY COMMENDATION MEDAL WITH V DEVICE// MERITORIOUS SERVICE MEDAL (2ND AWARD)//ARMY COMMENDATION MEDAL (5TH AWARD)//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//VALOROUS UNIT AWARD (2ND AWARD)//ARMY//CONT IN BLOCK 18 | AH-64 CMBT AVTR QUAL, 1989//AH-IS AVIATOR QUAL CRS, 1986//AVIATION OFFICER ADV, 1989//BN S1, 1987//C&GS COLLEGE NON-RES, 1993//COMB ARMS SVC STF SCH, 1990//FA BTRY OFF CRS, 1983// /OR/SA MIL APPL CRS I, 1992//RANGER CRS, 1989 //ROTARY WING AVIATOR, 1984//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | X | YES | | NO |
|---|---|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | | NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

**18. REMARKS** //////////////////////////////////////////////////////////////////////////////////////////////////////
CONTINUOUS HONORABLE ACTIVE SERVICE: 20050906-20090525//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN SAUDI ARABIA 19910111-19910531//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: RESERVE COMPONENTS ACHIEVEMENT MEDAL (4TH AWARD)// NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//SOUTH WEST ASIA SERVICE MEDAL WITH THREE (3) BRONZE SERVICE STARS//GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREAN DEFENSE SERVICE MEDAL //ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/ M DEVICE// ARMED FORCES RESERVE MEDAL W/10-YEAR DEVICE-BRONZE//ARMED FORCES RESERVE MEDAL//KU-LIB-MDL (SAUDI ARABIA)//KU-LIB-MDL (KUWAIT)//RANGER TAB//USA SR AVIATOR BADGE//PARACHUTIST BADGE//AIR ASSAULT BADGE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address – include ZIP Code) |
|---|---|
| 22668 RIVIERA DRIVE ATHENS ALABAMA 35613 | ANTHONY M. WEAVER 128 WHITMUIR CT MADISON ALABAMA 35758-5300 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO ___ AL ___ | DIRECTOR OF VETERANS AFFAIRS | X | YES | | NO |
|---|---|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| DIGITALLY SIGNED BY: WEAVER.MICHAEL.EUGENE.1044762982 | DIGITALLY SIGNED BY: LANIER.CAROL.D.1123184790 CAROL D LANIER, GS07, TRANSITION CLERK, HR |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 2-7 | MBK | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) MEW |
|---|---|
| NONE | |

## CORRECTION TO DD FORM 214,
## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)*<br>WEAVER, MICHAEL EUGENE | 2. DEPARTMENT, COMPONENT AND BRANCH<br>ARMY/USAR/AV | 3. SOCIAL SECURITY NUMBER<br>*(Also, Service Number if applicable)* |
|---|---|---|

**4. MAILING ADDRESS** *(Include ZIP Code)*
22668 RIVIERA DRIVE   ATHENS ALABAMA 35613

3884

**5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW:**

| ITEM NO | CORRECTED TO READ |
|---|---|
| 9 | SEPARATION DATE ON DD FORM 214 BEING CORRECTED: 2009/05/25<br>USAR CON GP (IMA) 1 RESERVE WAY ST LOUIS MO 63132//NOTHING FOLLOWS |

| 6. DATE<br>(YYYYMMDD)<br>20090603 | 7. OFFICAL AUTHORIZED TO SIGN | | | |
|---|---|---|---|---|
| | a. TYPED NAME *(Last, First, Middle Initial)*<br>THOMPSON, DELORIE D | b. GRADE<br>GS07 | c. TITLE<br>HUM RES SPEC USAHRC STL | d. SIGNATURE |

**DD FORM 215, FEB 2000**     PREVIOUS EDITION IS OBSOLETE.
GENERATED BY ARBA

**MEMBER-4**

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS
RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| WEAVER, MICHAEL EUGENE | ARMY/USAR/IN | ███ 3884 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |
|---|---|---|---|
| LTC | O05 | 1960█ | |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BRIMINGHAM, ALABAMA | 128 WHITMUIR CT MADISON ALABAMA 35758-5300 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| DT DIV 01 DET 20 FC | FORT BENNING, GA 31905-5010 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE [ ] NONE |
|---|---|
| SEE BLOCK 18 | AMOUNT: $400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 15A D5 AVIATION, GENERAL - 1 YRS 5 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2005 | 09 | 06 |
| | b. SEPARATION DATE THIS PERIOD | 2007 | 02 | 07 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0001 | 05 | 02 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0011 | 03 | 06 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0011 | 11 | 29 |
| | f. FOREIGN SERVICE | 0000 | 00 | 00 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2001 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| SENIOR AVIATON BADGE//DISTINGUISHED FLYING CROSS//BRONZE STAR MEDAL//MERITORIOUS SERVICE MEDAL//AIR MEDAL//ARMY COMMENDATION WITH VALOR DEVICE//ARMY COMMENDATION MEDAL (5TH AWARD) )//ARMY ACHIEVEMENT MEDAL (2ND AWARD)// VALOROUS UNIT AWARD (2ND AWARD)//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL//CONT IN BLOCK 18 | NONE//NOTHING FOLLOWS |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | NO |
|---|---|---|---|
| | | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | | NO |

| 16. DAYS ACCRUED LEAVE PAID 9.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

**18. REMARKS**
SEPARATED FROM SERVICE ON TEMPORARY RECORDS AND SOLDIER'S AFFIDAVIT//DD FORM 215 WILL BE ISSUED TO PROVIDE MISSING INFORMATION//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A// INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION ENDURING FREEDOM IAW 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//20050906 TO 20070124 TITLE 10 USC 12302 MOBILIZATION//20070125 TO 20070207 TITLE 10 USC 12301 (H) MRP////BLOCK 9: 0087 NO DIV 1BDE 20 DET, 1400 GOLDEN ACORN DR., BIRMINGHAM, AL 35244-1295//CONT FROM BLOCK 13: (4TH AWARD)//NATIONAL DEFENSE SERVICE MEDAL (2ND AWARD)//SOUTH WEST ASIA SERVICE MEDAL WITH THREE (3) BRONZE SERVICE STARS//GLOBAL WAR ON TERRORISM SERVICE MEDAL//KOREA DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//ARMED FORCES RESERVE MEDAL//SEE ATTACHED CONTINUATION SHEET

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - Include ZIP Code) |
|---|---|
| 128 WHITMUIR CT MADISON ALABAMA 35758-5300 | DEBRA LYNN BROWN WEAVER 128 WHITMUIR CT MADISON ALABAMA 35758-5300 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO AL | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| | TIMOTHY THOMAS, GS09, CHIEF SEPARATIONS BRANCH |

DD FORM 214 CONTINUATION PAGE

NAME: WEAVER, MICHAEL EUGENE
SSN: 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

CONT FROM BLOCK 18: //OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL  W/ M DEVICE//
ARMED FORCES RESERVE MEDAL W/10-YEAR DEVICE//KU-LIB-MDL (SAUDI ARABIA)//KU-LIB-MDL
(KUWAIT)//RANGER TAB//PARACHUTIST BADGE//AIR ASSAULT BADGE//NOTHING FOLLOWS

SIGNATURE OF MEMBER BEING SEPARATED                OFFICIAL AUTHORIZED TO SIGN


                                                   TIMOTHY THOMAS, GS09, CHIEF SEPARATIONS
BRANCH

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) WEAVER, MICHAEL EUGENE | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA/AV | 3. SOCIAL SECURITY NO. ████ 3284 |
|---|---|---|

| 4.a. GRADE, RATE OR RANK CPT | 4.b. PAY GRADE 03 | 5. DATE OF BIRTH (YYMMDD) 60█████ | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| | | | Year 00  Month 00  Day 00 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY REISTERSTOWN, MD | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 13207 OLD HANOVER ROAD REISTERSTOWN, MD 21136 |
|---|---|

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND HHC 1-10TH AVN REGT  TRADOC TC | 8.b. STATION WHERE SEPARATED FORT RUCKER, ALABAMA 36362 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED HHC 1 BDE AUG 87TH DIV, 1400 GOLDEN ACORN DR, BIRMINGHAM, AL 35244 | 10. SGLI COVERAGE          None Amount: $200,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 15A00SP GENERAL AVIATION/PARACHUTIST/--11 YRS-3 MOS//15A00SS GENERAL AVIATION/RANGER-PARACHUTIST/--11 YRS-3 MOS//49W00 TRAINED, OPERATIONS RESEARCH/SYSTEMS ANALYSIS/--11 YRS-3 MOS//NOTHING FOLLOWS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 83 | 02 | 26 |
| | b. Separation Date This Period | 94 | 06 | 01 |
| | c. Net Active Service This Period | 11 | 03 | 06 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 08 | 25 |
| | f. Foreign Service | 01 | 04 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 87 | 02 | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
KUWAIT LIBERATION MEDAL//DISTINGUISHED FLYING CROSS//BRONZE STAR MEDAL//AIR MEDAL//ARMY COMMENDATION MEDAL 2ND OLC//ARMY COMMENDATION MEDAL W/VALOR//ARMY ACHIEVEMENT MEDAL//SOUTHWEST-ASIA SERVICE MEDAL W/3 BRONZE STARS//NATIONAL DEFENSE SERVICE MEDAL//VALOROUS UNIT AWARD//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//PARACHUTIST BADGE//CON'T IN BLOCK 18

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**
FIELD ARTY OFF BASIC, 1983//ROTARY WING AVIATOR, 1984//AH-1S AVIATOR QUAL CRS, 1986//BATTALION S-1, 1987//AV OFF ADVANCED, 1989//AH-64 CMBT AVTR QUAL, 1989//RANGER CRS, 1989//COMB ARMS SVC STF SCH, 1990//ORSA MIL APPL CRS 1, 1992//CMD GEN STAFF COLLEGE, 1993//NOTHING FOLLOWS

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes X | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 58.5 |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

**18. REMARKS**
BLOCK 13: SENIOR ARMY AVIATOR BADGE//AIR ASSAULT BADGE//RANGER TAB//SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ACTIVE DUTY FOR TRAINING - THIS SOLDIER MAY HAVE PRIOR TO DATE ENTERED IN ITEM 12A//SERVICE IN SWA 11 JAN 1991 TO 10 MAY 1991//VSI PAYMENT OF $11,289.38     (FIRST PAYMENT) FOR 22 YEARS.//DATA HEREIN SUBJECT TO - COMPUTER MATCHING WITHIN THE DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS.//NOTHING FOLLOWS

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 610 SHOAL RUN TRAIL BIRMINGHAM, AL 35242 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) DEBRA L. WEAVER SAME AS 19A |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO: MD    DIR. OF VET AFFAIRS Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED SOLDIER NOT AVAILABLE FOR SIGNATURE | WILLIAM R. LANE, GS9, CHIEF, RET/TRANS SVCS |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-120, CHAP 3 | 26. SEPARATION CODE FCA | 27. REENTRY CODE NA |
|---|---|---|

**28. NARRATIVE REASON FOR SEPARATION**
EARLY RELEASE PROGRAM-VOLUNTARY SEPARATION INCENTIVE

| 29. DATES OF TIME LOST DURING THIS PERIOD NONE | 30. MEMBER REQUESTS COPY 4 Initials |
|---|---|

| 1. NAME *(Last, first, middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. *(Also, Service Number if applicable)* |
|---|---|---|
| **WEAVER MICHAEL EUGENE** | **ARMY/RA/AV** | **3884** |

| 4. MAILING ADDRESS *(Include ZIP Code)* |
|---|
| **3624 CHESIRE RD, BIRMINGHAM, AL 35242-2608** |

**5. ORIGINAL DD FORM 214 IS CORRECTED AS INDICATED BELOW**

| ITEM NO. | CORRECTED TO READ |
|---|---|
| | SEPARATION DATE ON DD FORM 214 BEING CORRECTED **1994/06/01** |
| **18** | **DELETE://VSI PAYMENT OF $11,269.36 (FIRST PAYMENT) FOR 22 YEARS.// - NOTHING FOLLOWS** |
| **18** | **ADD://VSI PAYMENT: $11,373.00 FOR 22 YEARS 8 MONTHS //NOTHING FOLLOWS** |
| **///** | **///////////////NOTHING FOLLOWS///////////////////////** |

| 6. DATE | 7. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| **May 28, 1996** | **RONALD K. TRUSSELL, GS-12, DAC OPERATIONS OFFICER, TAMP** |

**DD** FORM 1 JUL 79 **215**

S/N 0102-LF-000-2150

PREVIOUS EDITIONS
OF THIS FORM ARE
OBSOLETE.

**CORRECTION TO DD FORM 214, CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

**MEMBER - 1**